IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY WALLERICH, and RICHARD BRYNE,<br><br>    Defendants. | 8:23CV467<br><br>**MEMORANDUM AND ORDER** |

On April 9, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. The Court also ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 4. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, filed an amended complaint, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 6th day of August, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge